**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| THE UNITED STATES OF AMERICA; and COMMODITY FUTURES TRADING COMMISSION, <br><br> *Plaintiffs*, <br><br> v. <br><br> STATE OF CONNECTICUT; NED LAMONT, in his official capacity as Governor of Connecticut; WILLIAM TONG, in his official capacity as Attorney General of Connecticut; BRYAN CAFFERELLI, in his official capacity as Commissioner of the Connecticut Department of Consumer Protection; CONNECTICUT DEPARTMENT OF CONSUMER PROTECTION, GAMING DIVISION; and KRISTOFER GILMAN, in his official capacity as Director of the Gaming Division of the Connecticut Department of Consumer Protection, <br><br> *Defendants*, <br><br> v. <br><br> MOHEGAN TRIBE OF INDIANS OF CONNECTICUT and MASHANTUCKET PEQUOT TRIBAL NATION, <br><br> *Proposed Intervenors-Defendants*. | Case No. 3:26-cv-498-VDO |

**MOTION FOR LEAVE TO INTERVENE BY MOHEGAN TRIBE OF INDIANS OF
CONNECTICUT AND MASHANTUCKET PEQUOT TRIBAL NATION**

The Mohegan Tribe of Indians of Connecticut ("Mohegan Tribe") and the Mashantucket

Pequot Tribal Nation ("Pequot Tribe") (collectively, the "Tribes") respectfully move for leave to

intervene as Defendants in this action under Federal Rule of Civil Procedure 24(a)(2) or, in the

alternative, 24(b) for the reasons set forth in the accompanying Memorandum of Law.    In

**ORAL ARGUMENT REQUESTED**

accordance with Rule 24(c), the Tribes attach a Proposed Answer to Plaintiffs' Complaint.[*]  The

Tribes understand that the Court has scheduled a pre-filing conference for Wednesday, May 27,

2026, and in view of this motion respectfully request to participate in the pre-filing conference.

The Tribes have conferred with the parties and are authorized to state that Defendants

consent to the Tribes' motion to intervene, and Plaintiffs oppose the Tribes' motion.

A proposed order is attached for the Court's consideration.

Respectfully submitted,

/s/ David A. Luttinger, Jr.

| | |
|---|---|
| Bryan Newland (*pro hac vice* forthcoming) | David A. Luttinger, Jr. (Bar No. ct28859) |
| POWERS PYLES SUTTER & VERVILLE PC | COVINGTON & BURLING LLP |
| 1250 Connecticut Ave NW, Eighth Floor | 30 Hudson Yards |
| Washington, DC 20036 | New York, NY 10001 |
| (202) 466-6550 | (212) 841-1000 |
| Bryan.Newland@powerslaw.com | dluttinger@cov.com |

Counsel for The Mohegan Tribe of
Indians of Connecticut

Kevin F. King (application forthcoming)
Thomas Brugato (application forthcoming)
COVINGTON & BURLING LLP
One City Center
850 10th Street NW
Washington, DC 20001
(202) 662-6000
kking@cov.com
tbrugato@cov.com

Joseph H. Webster (*pro hac vice* forthcoming)
HOBBS STRAUS DEAN & WALKER LLP
1899 L Street NW, Suite 1200
Washington, DC 20036
JWebster@hobbsstraus.com

Counsel for The Mashantucket
Pequot Tribal Nation

Counsel for The Mohegan Tribe of
Indians of Connecticut and The
Mashantucket Pequot Tribal Nation

May 26, 2026

---

[*] The Tribes are sovereign entities that are immune from suit.  The Tribes are required to answer the Complaint under Federal Rule of Civil Procedure 24(c).  By moving for leave to intervene as Defendants in this action and filing a Proposed Answer, the Tribes do not waive their sovereign immunity from suit.

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 26, 2026, I caused the foregoing document to be filed with the Clerk of the Court of the United States District Court for the District of Connecticut using the Court's CM/ECF system.

/s/ David A. Luttinger, Jr.
David A. Luttinger, Jr.

*Counsel for The Mohegan Tribe of Indians of Connecticut and The Mashantucket Pequot Tribal Nation*