**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| THE UNITED STATES OF AMERICA; and COMMODITY FUTURES TRADING COMMISSION,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>STATE OF CONNECTICUT, *et al.*,<br><br>    *Defendants*,<br><br>    v.<br><br>MOHEGAN TRIBE OF INDIANS OF CONNECTICUT and MASHANTUCKET PEQUOT TRIBAL NATION,<br><br>    *Intervenors-Defendants*. | Case No. 3:26-cv-498-VDO |

**[PROPOSED] ORDER**

Upon consideration of the Motion for Leave to Intervene by the Mohegan Tribe of Indians of Connecticut and the Mashantucket Pequot Tribal Nation, and the materials and arguments submitted in support thereof, it is hereby ORDERED that the Motion is GRANTED. The Tribes are entitled to intervene as of right under Federal Rule of Civil Procedure 24(a)(2).

SIGNED this ___ day of _____, 2026.

_____

HON. VERNON D. OLIVER
UNITED STATES DISTRICT JUDGE