**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

THE UNITED STATES OF AMERICA and
COMMODITY FUTURES TRADING
COMMISSION,

                         Plaintiffs,

                         v.

STATE OF CONNECTICUT, *et al.*,

                         Defendants.

Case No. 3:26-cv-00498

## JOIN T STIPULATION DISMISSING GOVERNOR LAMONT WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiffs the United States of America and the Commodity Futures Trading Commission and each of the defendants hereby stipulate and agree that the above-captioned action is voluntarily dismissed, without prejudice, against Ned Lamont in his official capacity as Governor of Connecticut. Each party agrees to bear its own costs in connection with this action.

This joint stipulation is made upon representation from counsel for the defendants that dismissal of Governor Lamont will not affect the federal plaintiffs' ability to obtain relief to which they might otherwise be entitled in this litigation.

Dated: June 23, 2026

1

By: */s/ Tiberius Davis*
*Attorneys for the United States of America*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

TIBERIUS DAVIS
Counsel to the Assistant Attorney General
450 5th St. NW,
Washington, DC 20001
Tiberius.davis@usdoj.gov
202-860-8970

ALEXANDRA McTAGUE
Senior Litigation Counsel
Alexandra.mctague2@usdoj.gov
202-718-0483

By: */s/ Andrew J. Weisberg*
*Attorneys for the Commodity Futures Trading Commission*

Tyler S. Badgley
        General Counsel
M. Jordan Minot
        Deputy General Counsel
Anne Stukes
        Senior Assistant General Counsel
Carlin Metzger
        Senior Assistant General Counsel
Andrew J. Weisberg
        Senior Assistant General Counsel

U.S. Commodity Futures Trading
Commission
Three Lafayette Center
1155 21st Street, NW
Washington, DC 20581
Tel:  (202) 209-1087
Fax:  (202) 418-5567
tbadgley@cftc.gov
jminot@cftc.gov
astukes@cftc.gov
cmetzger@cftc.gov
aweisberg@cftc.gov

By:  **/s/ Joseph Gasser, AAG**
*Attorneys for Defendants*

WILLIAM TONG
Attorney General of Connecticut

Joseph E. Gasser
Michael Nunes
Assistant Attorneys General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5400
joseph.gasser@ct.gov
michael.nunes@ct.gov

2

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 23, 2026, I filed a copy of the foregoing Stipulation of

Dismissal using the Court's CM/ECF system, which will serve all registered counsel of record.

Dated: June 23, 2026

*/s/ Andrew J. Weisberg*
ANDREW J. WEISBERG
Senior Assistant General Counsel
Commodity Futures Trading Commission