**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| THE UNITED STATES OF AMERICA and COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CONNECTICUT, *et al.*,<br><br>Defendants. | Case No. 3:26-cv-00498 |

**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and supporting exhibit, Plaintiffs United States and Commodity Futures Trading Commission will move this Court before the Hon. Vernon D. Oliver, United States District Court Judge, at the United States District Court for the District of Connecticut, 450 Main Street, Hartford, Connecticut 06103, for an Order pursuant to Federal Rule of Civil Procedure 65 for the issuance of preliminary injunction order.

Dated: September 11, 2026

**ORAL ARGUMENT REQUESTED**

Respectfully submitted,

By: /s/ Andrew J. Weisberg
ANDREW J. WEISBERG
Senior Assistant General Counsel

U.S. Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, NW
Washington, DC 20581
Tel. 202-418-5574
aweisberg@cftc.gov

*Attorneys for the United States of America*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

TIBERIUS DAVIS
Counsel to the Assistant Attorney General
450 5th St. NW,
Washington, DC 20001
Tiberius.davis@usdoj.gov
202-860-8970

*Attorneys for the Commodity Futures Trading Commission*

Tyler S. Badgley
General Counsel
M. Jordan Minot
Deputy General Counsel
Anne Stukes
Senior Assistant General Counsel
Carlin Metzger
Senior Assistant General Counsel
Andrew J. Weisberg
Senior Assistant General Counsel

U.S. Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, NW
Washington, DC 20581
Tel: (202) 209-1087
Fax: (202) 418-5567
tbadgley@cftc.gov
jminot@cftc.gov
astukes@cftc.gov
cmetzger@cftc.gov
aweisberg@cftc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2026, I filed a copy of the foregoing Motion for Preliminary Injunction, the documents referred to therein, and the Proposed Order, using the CM/ECF system, which will serve all registered counsel of record.

Dated: September 11, 2026

*s/ Andrew J. Weisberg*
ANDREW J. WEISBERG
Senior Assistant General Counsel